UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

BRIAN COOLEY and COOLEY & CO. LTD

                Plaintiffs,

  - against-

PENGUIN GROUP (USA) INC., DK PUBLISHING,      12 CIV 0001 (LAK)
INC, an affiliate of PENGUIN GROUP (USA) INC.,
DORLING KINDERSLEY LIMITED, an affiliate of     ECF CASE
PENGUIN GROUP (USA) INC., GETTY IMAGES,
INC., CORBIS CORPORATION, RGB VENTURES      NOTICE OF
LLC D/B/A SUPERSTOCK and LOUIS PSIHOYOS,     **APPEARANCE**

                Defendants.
_____X

      PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendants Penguin Group (USA) Inc., DK Publishing Inc., and Dorling Kindersley Limited herein, and requests that copies of all papers in this action be served upon him at the address stated below.

Dated:  New York, NY
       January 12, 2012

                                              s/Richard Dannay
                                              **Richard Dannay (rxd@cll.com)**
                                              **COWAN, LIEBOWITZ & LATMAN, P.C.**
                                              **1133 Avenue of the Americas – 35th Floor**
                                              **New York, NY  10036**
                                              **Phone:  212-790-9200 Fax:  212-575-0671**
                                              **Attorneys for Defendants Penguin Group (USA) Inc., DK Publishing Inc., and Dorling Kindersley Limited**

29602/000/1286507.1