UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
BRIAN COOLEY and COOLEY & CO. LTD
                 Plaintiffs,
- against-
PENGUIN GROUP (USA) INC., DK PUBLISHING,      12 CIV 0001 (LAK)
INC, an affiliate of PENGUIN GROUP (USA) INC.,
DORLING KINDERSLEY LIMITED, an affiliate of    ECF CASE
PENGUIN GROUP (USA) INC., GETTY IMAGES,
INC., CORBIS CORPORATION, RGB VENTURES     RULE 7.1 STATEMENT
LLC D/B/A SUPERSTOCK and LOUIS PSIHOYOS,
               Defendants.
_____X

      Penguin Group (USA) Inc. is a wholly owned subsidiary of Pearson Longman, Inc. Pearson Longman, Inc. is a wholly-owned subsidiary of Pearson, Inc. Pearson, Inc. is owned by Pearson Capital Company LLC (5.59%) and Pearson Luxembourg Holdings Ltd. (94.24%) and their parent, Pearson Overseas Holdings, Ltd. (0.17 %). Pearson Overseas Holdings, Ltd. is a wholly owned subsidiary of Pearson plc. Pearson plc shares are publicly traded on the London Stock Exchange, and Pearson plc ADRs trade on the NY Stock Exchange.

      Penguin Group (USA) Inc. is 100% owner of the following subsidiaries:
- Book Country LLC
- Dorling Kindersley, Inc.
- Dorling Kindersley Publishing, Inc.
- Frederick Warne Co., Inc.
- Penguin Highbridge Audio LLC
- Penguin Capital LLC

      In the United States, DK operates as an unincorporated division of Penguin Group (USA) Inc.

Dated:  New York, NY
          January 12, 2012

s/Richard Dannay
Richard Dannay (rxd@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas – 35th Floor
New York, NY  10036
Phone:  212-790-9200 Fax:  212-575-0671
Attorneys for Defendants Penguin Group (USA) Inc., DK Publishing Inc., and Dorling Kindersley Limited

29602/000/1286082.1