UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x

BRIAN COOLEY, and COOLEY & CO. LTD.,

          Plaintiff,

- against -

PENGUIN GROUP (USA) INC., DK PUBLISHING, INC. and affiliate of PENGUIN GROUP (USA) INC., DORLING KINDERSLEY LIMITED, an affiliate of PENGUIN GROUP (USA) INC., GETTY IMAGES, INC., CORBIS CORPORATION, RGB VENTURES LLC D/B/A SUPERSTOCK, and LOUIS PSIHOYOS.,

          Defendant.

------------------------------------------------------------x

Index No. 12 CIV 0001 (LAK)

**NOTICE OF APPEARANCE**

**EFC CASE**

     PLEASE TAKE NOTICE that LINDA STEINMAN, an attorney with DAVIS WRIGHT TREMAINE LLP, hereby requests that the Court enter her appearance as attorney for Defendant GETTY IMAGES (US), INC., incorrectly named as GETTY IMAGES, INC. in the above-captioned proceeding, and requests that notice of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the below address.

Dated: New York, New York
       January 12, 2012

                                       DAVIS WRIGHT TREMAINE LLP

                                       By: _____
                                            Linda Steinman (LS-5906)
                                       1633 Broadway – 27th Floor
                                       New York, NY  10019
                                       212-489-8230
                                       lindasteinman@dwt.com
                                       *Attorneys for Defendant Getty Images (US), Inc.*