

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------------------------------x
BRIAN COOLEY, and COOLEY & CO. LTD.,

                Plaintiff,

- against -

PENGUIN GROUP (USA) INC., DK
PUBLISHING, INC. and affiliate of PENGUIN
GROUP (USA) INC., DORLING
KINDERSLEY LIMITED, an affiliate of
PENGUIN GROUP (USA) INC., GETTY
IMAGES, INC., CORBIS CORPORATION,
RGB VENTURES LLC D/B/A SUPERSTOCK,
and LOUIS PSIHOYOS.,

                Defendant.
---------------------------------------------------------------x

Index No. 12 CIV 0001 (LAK)

STIPULATION

EFC CASE



NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Getty Images U.S. Inc. ("Getty Images"), through their undersigned counsel, that Getty Images shall have a one day extension from January 12, 2012 at 5pm to January 13, 2012 at 5PM, to submit answering papers with respect to the Order to Show Cause for Preliminary Injunction in this action, dated January 3, 2012. Getty Images has not previously requested any extensions.

Dated: New York, New York
       January 12, 2012

SAM P. ISRAEL, P.C.

By: _____
Sam P. Israel (SPI 0270)
1 Liberty Plaza – Twenty Third Floor
New York, NY 10006
212-201-5345
SMIsrael@aol.com
*Attorney for Plaintiffs Brian Cooley and Cooley & Co. Ltd.*

DAVIS WRIGHT TREMAINE LLP

By: _____
Linda Steinman (LS-5906)
1633 Broadway – 27th Floor
New York, NY 10019
212-489-8230
lindasteinman@dwt.com
*Attorneys for Defendant Getty Images*

DWT 18837302v1 0053349-000088

SO ORDERED:

_____
U.S.D.J.
1/13/12