UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------x

BRIAN COOLEY, and COOLEY & CO. LTD.,  :

                Plaintiff,  :

      - against -  :

PENGUIN GROUP (USA) INC., DK  :
PUBLISHING, INC. and affiliate of PENGUIN
GROUP (USA) INC., DORLING  :
KINDERSLEY LIMITED, an affiliate of
PENGUIN GROUP (USA) INC., GETTY  :
IMAGES, INC., CORBIS CORPORATION,
RGB VENTURES LLC D/B/A SUPERSTOCK,  :
and LOUIS PSIHOYOS.,

                Defendant.  :
-------------------------------------------------------x

Index No. 12 CIV 0001 (LAK)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**EFC CASE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Getty Images, Inc., states that it is wholly owned by Abe Investment Holdings, Inc., a Delaware corporation, and that no publicly held corporation owns 10% or more of its stock.  Defendant further states that Getty Images (US), Inc., which is the proper party in this case, is a wholly-owned subsidiary of Getty Images, Inc.

Dated: New York, New York
      January 13, 2012

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
      Linda Steinman (LS-5906)
1633 Broadway – 27th Floor
New York, NY  10019
212-489-8230
lindasteinman@dwt.com
*Attorneys for Defendant Getty Images (US), Inc.*