AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

BRIAN COOLEY and COOLEY & CO LTD )
_Plaintiff_ )
v. ) Civil Action No. **12 CIV 0001**
PENGUIN GROUP (USA) INC., et al. )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Penguin Group (USA) Inc., 375 Hudson Street, New York, NY 10014
DK Publishing, 375 Hudson Street, New York, NY 10014
Dorling Kindersley Limited, 375 Hudson Street, New York, NY 10014
Getty Images, Inc. 75 Varick Street, New York, NY 10013
Corbis Corporation, 250 Hudson Street, 4th Fl., New York, NY 10
RGB Ventures LLC d/b/a Superstock, 9660 Centurion Pky, Jacksonville, FL 32256
Louis Psihoyos, 443 Juniper Ave, Boulder, CO 80304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sam P. Israel, P.C.
Sam P. Israel, Esq.
1 Liberty Plaza — 23rd Floor
New York, NY 10006
Tel: (212)-201-5345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: January 3, 2012

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Louis Psihoyos__
was received by me on *(date)* __1/4/12__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Victoria Psihoyos - wife__, a person of suitable age and discretion who resides there,
on *(date)* __1/5/12__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __1/5/12__

_____
Server's signature

__Chris Wright, Private Process Server__
Printed name and title

__855 Weaver Park Road #2, Longmont, CO 80501__
Server's address

Additional information regarding attempted service, etc: