# MEMO ENDORSED



SAM P. ISRAEL P.C. | 1 LIBERTY PLAZA, 35th FLOOR, NEW YORK, N.Y. 10006
| info@spi-pc.com | T: (646) 787-9880 | F: (646) 787-9886

**SAM P. ISRAEL**
FOUNDER & MANAGING PARTNER

Eleonora Zlotnikova
Timothy Foster
Timothy Savitsky
Becky Baek
*Associates*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/14

**BY FAX: (212) 805-7910**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

November 19, 2014

RE: *Cooley v. Penguin Group et al.*, Case No. 12-cv-0001

Dear Judge Kaplan:

We write as counsel for plaintiffs Brian Cooley ("**Cooley**") and Cooley & Co. Ltd. (the "**Plaintiffs**"), to respectfully request an adjournment of today's conference currently scheduled for 2:30 P.M. The Plaintiffs have come to an agreement to settle the above-referenced action with the remaining defendant, Louis Psihoyos. Whereas the parties will be filing the relevant documents shortly, we hereby request an adjournment of the conference in this matter.

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, 12/20/14, if the settlement is not consummated by then.

SIGNED
**SO ORDERED:**

Lewis A. Kaplan
U.S.D.J.
1/20/14

Respectfully submitted:

Sam P. Israel, P.C.

By: _____

Sam P. Israel (SPI0270)
Eleonora Zlotnikova (EZ8814)
1 Liberty Plaza – 35th Floor
New York, New York 10006
T: (646) 787-9880 | F: (646) 787-9886
E: samisrael@spi-pc.com
elzlotnikova@spi-pc.com
*Attorneys for Plaintiffs Brian Cooley and Cooley & Co. Ltd.*

cc.
Danial A. Nelson,
Kevin Patrick McCulloch:
*Via* Fax: (646) 308-1178
*Attorneys for Defendant Louis Psihoyos*